**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard
Nineteenth Floor
Newark, NJ 07102
(973) 436-5800
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SARJUDAS ENTERPRISES, LLC, a Texas limited liability company; NAVNIT PATEL, an individual; and SUNITA PATEL, an individual,<br><br>Defendants. | Civil Action No. 2:18-cv-12192 (SDW)(LDW)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Connell Foley LLP, seeking the entry of final judgment by default against defendants, Sarjudas Enterprises, LLC, Navnit Patel and Sunita Patel (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 30, 2018, seeking damages as a result of the breach of a franchise agreement between DIW and Defendants; and service of the Summons and Complaint having been effectuated with respect to Defendants on August 30, 2018 via certified and regular mail pursuant to Fed. R. Civ. P. 4(e)(1); and Defendants having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against

Defendants on October 18, 2018 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this _____ day of ___March___, 2019,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Defendants Sarjudas Enterprises, LLC, Navnit Patel and Sunita Patel, jointly and severally, in the total amount of $91,778.03 comprised of the following:

a) $48,877.08 for Recurring Fees (principal plus prejudgment interest); and

b) $42,900.95 for liquidated damages (principal plus prejudgment interest).

_____
HON. SUSAN D. WIGENTON, U.S.D.J.